RANDY S. GROSSMAN
Acting United States Attorney
DEBORAH BERCOVITCH
Special Assistant United States Attorney
Massachusetts Bar No. 657592
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6345
Email: Deborah.Bercovitch@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVANNA JAZMIN MORAN ROBLES,<br><br>Defendant. | Case No.: 20CR336-LAB<br><br>Date: March 29, 2021<br>Time: 9:00 AM<br><br>The Honorable Larry A. Burns<br><br>**THE UNITED STATES' SENTENCING SUMMARY CHART AND MOTION UNDER USSG § 3E1.1(b)** |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Deborah Bercovitch, Special Assistant United States Attorney, hereby files its Sentencing Summary Chart and Motion Under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: March 22, 2021

Respectfully submitted,
RANDY S. GROSSMAN
Acting United States Attorney

*/s/Deborah Bercovitch*
DEBORAH BERCOVITCH
SAUSA

# SENTENCING SUMMARY CHART
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: March 29, 2021

USPO ☐
AUSA ☒
DEF ☐

Defendant's Name: Ivanna Jazmin Moran Robles  Docket No.: 20CR336-LAB
Attorney's Name: Deborah Bercovitch  Phone No.: (619) 546-6345
Guideline Manual Used: November 1, 2018  Agree with USPO Calc.: Yes ☐ No ☒

| | |
|---|---|
| Base Offense Level(s): USSG 2D1.1-24.5 kg of methamphetamine actual (per lab report) | 38 |
| Reduced Base Level Offense for Minor Role: USSG §2D1.1(a)(5) | 34 |
| Specific Offense Characteristics: | |
| Safety Valve, USSG §§ 2D1.1(b)(18) and 5C1.2 | -2 |
| Adjustment for Role in the Offense: USSG § 3B1.2 | -2 |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | 30 |
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG § 3E1.1(b)] | -3 |
| Total Offense Level: | 27 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
| Guideline Range: | from 70 mths |
| | to 87 mths |
| Departures: | |
| Variance Due to Plea During Covid-19 Judicial Emergency | -2 |
| Adjusted Offense Level: | 25 |
| Resulting Guideline Range: | from 57 mths |
| | to 71 mths |

**RECOMMENDATION:** 50 Months' Imprisonment, 5 years Supervised Release, $100 S/A

**MINOR ROLE RECOMMENDATION**: Defendant knowingly smuggled drugs into the United States because she was convinced to do so by a boyfriend. Defendant was in an emotionally vulnerable position at the time she was recruited and this was known to her boyfriend/recruiter. Defendant was not present when drugs were loaded into her car, nor did she know who would take custody of the drugs once she entered the United States. Defendant clearly acted as a courier and did not organize or coordinate the smuggling of narcotics.

**VARIANCE RECOMMENDATION:** Because Defendant is young, has no criminal history and was suffering from trauma when recruited to commit this crime, the United States recommends a 7-month downward variance.

Approved by: _/s/Alexandra F. Foster_
  Alexandra F. Foster
  Deputy Chief, Border Enforcement Section